IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NOMAD GLOBAL COMMUNICATION SOLUTIONS, INCORPORATED, | CV 20-124-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| FEDERAL INSURANCE COMPANY and JOHN DOES 1-10, | |
| Defendant. | |

Pursuant to the Parties' Stipulated Motion to Dismiss with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as fully settled upon the merits, each party to bear its own attorney fees and costs.

DATED this 31st day of August, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1